**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| COMPETITIVE ENTERPRISE INSTITUTE,           )<br>           )<br>    Plaintiff,           )<br>        v.           )<br>           )<br>UNITED STATES DEPARTMENT OF THE TREASURY,           )<br>           )<br>    Defendant.           )            ) | ) Civil Action No.: 12cv1838 (RMC) |

**JOINT PROPOSED SCHEDULE**

Pursuant to the Court's Order of October 8, 2013, the United States Department of the Treasury and Competitive Enterprise Institute hereby submit this joint proposed schedule in the above-captioned case.

1.       On October 8, 2013, this Court granted Defendant's motion for a stay of all proceedings in the above-captioned case due to the lapse of appropriations for the Department of Justice and the Defendant Department of the Treasury.  The Court ordered the parties to file a joint proposed schedule for all deadlines within seven days of the government shutdown ends. As of October 17, 2013, funding was restored for the Department of Justice and the Defendant Department of the Treasury.

2.       In its August 6th Minute Order, the Court ordered the federal defendant to complete production of its own documents no later than September 22, 2013, and to act diligently to ensure inter-agency documents are processed no later than October 22, 2013.

3.       On September 23, 2013, Defendant completed the production of its own documents.  Because of the lapse of appropriations, some of the referral agencies were

prohibited from processing the inter-agency documents during the duration of the government shutdown. Congress has now appropriated the funding for these agencies to resume their operations. Consequently, Defendant will exercise due diligence by working with the relevant agencies to process these documents no later than November 22, 2013.

4. Consequently, pursuant to the Court's Order of October 10, 2013, Defendant hereby submits the following schedule for summary judgment:

a) Defendant's Motion for Summary Judgment:   No later than January 3, 2014

b) Plaintiff's Opposition and Cross-Motion:   February 3, 2014

c) Defendant's Reply and Opposition:   February 24, 2014

d) Plaintiff's Reply:   March 10, 2014

5. Defendant proposes that the parties use the time between final document production and Defendant's Motion for Summary Judgment to resolve any contested issues. Any remaining issues would be addressed through the parties' Motions for Summary Judgment.

6. Plaintiff disagrees with the Defendant's proposed schedule and proposes that defendant will exercise due diligence by working with the relevant agencies to process the remaining documents no later than November 12, 2013.

7. Plaintiff hereby submits this proposed schedule for summary judgment briefing:

a) Defendant's Motion for Summary Judgment:   No later than December 12, 2013

b) Plaintiff's Opposition and Cross-Motion:   January 14, 2014

c) Defendant's Reply and Opposition:   February 4, 2014

d) Plaintiff's Reply:   February 25, 2014

Dated: October 23, 2013

                                              Respectfully submitted,

                                              STUART F. DELERY
                                              Assistant Attorney General
                                              Civil Division

                                              ELIZABETH J. SHAPIRO
                                              Deputy Director
                                              Federal Programs Branch

| **/s/Hans Bader** | **/s/Jean-Michel Voltaire** |
|---|---|
| Christopher C. Horner, D.C. Bar #440107 | JEAN-MICHEL VOLTAIRE (NY Bar) |
| Hans Bader, D.C. Bar. #466545 | Trial Attorney, U.S. Department of Justice |
| Competitive Enterprise Institute | Civil Division, Federal Programs Branch |
| Center for Energy and Environment | 20 Massachusetts Ave N.W. |
| 1899 L St. NW | Washington, DC 20530 |
| 12th Floor | (202) 616-8211 (telephone) |
| Washington, DC 20036 | (202) 616-8460 (fax) |
| (202) 331-1010 | Email: jean.michel.voltaire@usdoj.gov |
| Email: chornerlaw@aol.com | |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |