**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

COMPETITIVE ENTERPRISE )
INSTITUTE )
     *Plaintiff,* )
   )
v. )    Civil Case No. 1:12-cv-1838-RMC
   )
UNITED STATES DEPARTMENT )
OF THE TREASURY )
   )
    *Defendant.* )
   )

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Competitive Enterprise Institute and

Defendant the United States Department of the Treasury, by and through their undersigned

counsel, hereby stipulate to the dismissal of this case with prejudice.

Dated: May 15, 2019                Respectfully submitted,

/s/ *Charles Devin Watkins*
CHARLES DEVIN WATKINS          JOSEPH H. HUNT
Competitive Enterprise Institute        Assistant Attorney General
1310 L Street, NW, 7th Floor
Washington, DC 20036            ELIZABETH J. SHAPIRO
(202) 331-2278                 Deputy Director, Federal Programs Branch

*Counsel for Plaintiff*             /s/ *Michael F. Knapp*
                            MICHAEL F. KNAPP (Cal. Bar No. 314104)
                            Trial Attorney
                            United States Department of Justice
                            Civil Division, Federal Programs Branch
                            1100 L Street NW
                            Washington, DC 20005
                            Phone: (202) 305-8613
                            Fax: (202) 616-8470
                            Email: michael.knapp@usdoj.gov

                            *Counsel for Defendant*